No. 86–1866.   ALABAMA *v.* LYNG, SECRETARY OF AGRICULTURE, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–1867.   COOK *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 86–1868.   PLAINS COTTON COOPERATIVE ASSOCIATION OF LUBBOCK, TEXAS *v.* GOODPASTURE COMPUTER SERVICE, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–1869.   BEACHBOARD *v.* TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK.   C. A. 3d Cir.   Certiorari denied.

No. 86–1872.   HARGRAVE *v.* KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 86–1873.   JONES, BY AND THROUGH HIS NEXT FRIEND, JONES *v.* UNIVERSITY INTERSCHOLASTIC LEAGUE ET AL.   Ct. App. Tex., 5th Dist.   Certiorari denied.

No. 86–1874.   PERSON *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 86–1876.   PACECO, INC. *v.* SMITH ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 86–1877.   FOGERTY ET AL. *v.* CALIFORNIA ET AL.; and
No. 86–1901.   TAHOE SHOREZONE REPRESENTATION *v.* CALIFORNIA ET AL.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 86–1880.   SPRENGER, OLSON & SHUTES, P. A., ET AL. *v.* BURLINGTON NORTHERN RAILROAD CO.   C. A. 7th Cir.   Certiorari denied.

No. 86–1882.   STOOT *v.* D & D CATERING SERVICE, INC.   C. A. 5th Cir.   Certiorari denied.

No. 86–1884.   GORDON *v.* DAVIS ET AL.   C. A. 9th Cir.   Certiorari denied.